UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADIM STANLEY MIESEGAES,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE HOSPITALS - ATASCADERO, et al.,<br><br>Defendants. | Case No. CV 18-08498 CJC (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Dkt. No. 12; the Motion for Summary Judgment filed by Defendant Stirling Price ("Defendant"), Dkt. No. 87; Plaintiff's Opposition to the Motion for Summary Judgment, Dkt. No. 92; Defendant's Reply, Dkt. No. 93; the Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 95; and all of the other records and files herein. The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

Accordingly, IT IS ORDERED that Defendant's Motion for Summary Judgment is GRANTED and this action is DISMISSED with prejudice.

DATED: August 9, 2021

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE